**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada  89101
(702) 382-9221
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ARLANDERS GIBSON et al**,

    Defendant.

Case No.  CR-03-00350-LRH-LRL

## MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION

**COMES NOW, THOMAS F. PITARO, ESQ.**, attorney for Darreal Biddle, and filesthis Motion for Removal from the CM/ECF System Liste (the "Motion") in the above-entitled matter.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

The basis of this Motion is this Motion is that Darreal Biddle is no longer listed as a party to this action in the Plaintiff's most recent Amended Complaint and is therefore no longer a Defendant or party herein.

**DATED** this 25th day of November, 2011.

        /S/ Thomas F. Pitaro
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
Attorney for Defendant

## ORDER

**IT IS SO ORDERED**.

**DATED** this <u>1st</u> day of <u>December</u>, 2011.

_____
**UNITED STATES DISTRICT JUDGE**