UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY AUTHOR CARR,<br><br>Defendant. | 2:03-CR-00350-LRH<br><br><u>ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(C)(2)</u> |

Upon the Joint Stipulation for Discretionary Relief Under 18 U.S.C. § 3582(c)(2) (doc. no. 1645), to be construed as Defendant's Motion for Discretionary Relief under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 750, and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the motion is GRANTED and the Defendant's previously imposed sentence of imprisonment (*as reflected in the last judgment issued*) of 135 months as to Count 2 of the Second Superceding Indictment **is reduced to 120 months** as to Count 2.

IT IS FURTHER ORDERED that, except as otherwise provided above, all provisions of the judgment dated April 18, 2005, shall remain in effect.

IT IS FURTHER ORDERED that, as jointly requested by the parties, if the jointly recommended revised sentence of 120 months results in a term of imprisonment satisfied by

time-served, the Defendant shall be released ten (10) days from the date of the entry of this resentencing order to allow the Bureau of Prisons to complete release planning, conduct the violent sexual offender assessment mandated by law, and obtain any DNA samples as required by law.

IT IS SO ORDERED.

DATED this 4th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE